# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 97-60141
_____

## UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

## COLIN STUDEVAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(4:96-CR-18 LN)

_____

February 6, 1998
Before BARKSDALE, BENAVIDES, and DENNIS, Circuit Judges:

PER CURIAM:[*]

AFFIRMED. See Local Rule 47.6.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.